**FILED**

04/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0620

IN THE SUPREME COURT OF THE STATE OF MONTANA
Cause No. DA 22-0620

CHARLES ROBERT MASOLO
AND GAY ANN MASOLO,

Plaintiffs/Appellees,

vs.

CHRISTOPHER "GREGG" THOMAS
AND MARGARET THOMAS,

Defendants/Appellants.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Appellees' Second Unopposed Motion for Extension of Time to file its answer brief and good cause shown,

IT IS HEREBY ORDERED that Appellees' Motion is GRANTED.

Appellees' answer brief will be due on or before June 2, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 11 2023